# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | **Criminal No. 12-0057 (ESH)** |
| | **)** | |
| **LORRAINE NEWTON,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

## ORDER

In a hearing before Magistrate Judge Facciola on March 26, 2012, defendant Lorraine Newton entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 9, 2012